[No. 18091-3-III.   Division Three.   July 24, 2001.]

*In the Matter of the Marriage of* VIRGIL W. BRATTON,
*Appellant*, and KATHY L. (BRATTON) CROOKER,
*Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 95-3-00754-9, E. Thompson Reynolds, J., entered November 9, 1998. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 19102-8-III.   Division Three.   July 24, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT J. VAN ALLEN, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Asotin County, No. 99-1-00097-0, John M. Lyden, J., entered February 7, 2000. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Kato, JJ.

[No. 19259-8-III.   Division Three.   July 24, 2001.]

JOHN F. PARKS, ET AL., *Appellants*, v. FRED M. FOSS, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 98-2-00712-2, Carolyn A. Brown, J., entered April 12, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 19486-8-III.   Division Three.   July 24, 2001.]

TABBY, INC., *Respondent*, v. GARY E. RUFENER, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Yakima County, No. 98-2-02227-1, Susan L. Hahn, J., entered July 5, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.